UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN PIERCE, Derivatively on Behalf of FERRELLGAS PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> JAMES E. FERRELL, ALAN C. HEITMANN, STEPHEN L. WAMBOLD, FERRELLGAS, INC., <br><br> Defendants, <br><br> - and - <br><br> FERRELLGAS PARTNERS, L.P., <br><br> Nominal Defendant. | Case No. 17 Civ. 02160 (JWL) (GEB) |

## RENEWED STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL

Pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Justin Pierce ("Plaintiff"), defendants James E. Ferrell, Alan C. Heitmann, Stephen L. Wambold, and Ferrellgas, Inc. (the "Individual Defendants"), and nominal defendant Ferrellgas Partners, L.P. ("Ferrellgas" or the "Company," and, with the Individual Defendants, "Defendants"),[1] by and through their undersigned counsel, submit this renewed stipulation and [proposed] order to voluntarily dismiss the above-captioned action without prejudice and state as follows:

WHEREAS, on March 16, 2017, Plaintiff filed a shareholder derivative complaint on behalf of Ferrellgas alleging claims for breach of contract, breach of the duty of good faith and fair

---

[1] Plaintiff and Defendants are collectively referred to herein as the "Parties."

{00205441.DOCX}

dealing, and aiding and abetting a breach of the duty of good faith and fair dealing against the Individual Defendants (the "Action");

WHEREAS, a related securities fraud class action asserting federal claims arising from facts common to the Action and captioned *In re Ferrellgas Partners, L.P. Securities Litigation*, No. 1:16-cv-07840-RJS was pending in the United States District Court for the Southern District of New York (the "Securities Action");

WHEREAS, on May 5, 2017, the Court entered an order granting the Parties' stipulation to stay this Action pending entry of an order on defendants' motion to dismiss the Securities Action (Dkt. No. 8);

WHEREAS, on April 2, 2018, an order granting defendants' motion to dismiss with prejudice was entered in the Securities Action;

WHEREAS, the Securities Action plaintiffs subsequently appealed to the U.S. Court of Appeals for the Second Circuit (the "Second Circuit") from the order granting defendants' motion to dismiss;

WHEREAS, on June 15, 2018, the Court entered an order granting the Parties' stipulation to continue the stay of this Action pending resolution of the Securities Action appeal (Dkt. No. 10);

WHEREAS, on April 24, 2019, the Second Circuit entered a summary order affirming the dismissal of the Securities Action, with the mandate issuing on May 15, 2019;

WHEREAS, on August 2, 2019, the Parties submitted a Stipulation and Proposed Order for Voluntary Dismissal (Dkt. No. 11);

WHEREAS, on September 12, 2019, the Court denied the Parties' Stipulation (Dkt. No. 15);

WHEREAS, at the request of the Court, on October 4, 2019, the Parties filed a Joint Proposed Notice Plan (Dkt. No. 16), which the Court approved on October 7, 2019 (Dkt. No. 17);

WHEREAS, on December 6, 2019, in accordance with the Court's Order issued on October 7, 2019, defendants provided notice of the proposed voluntary dismissal of this derivative action in the Company's quarterly report on Form 10-Q for the first quarter of fiscal year 2020 (the "10-Q"), filed with the Securities and Exchange Commission on December 6, 2019;

WHEREAS, on December 9, 2019, defendants submitted their Notice of Filing of Quarterly Report with the Court (Dkt. No. 18);

WHEREAS, no unitholder of the Company elected to intervene by January 20, 2020 (45 days from the filing of the 10-Q), the deadline set by the Court in its October 7, 2019 Order;

WHEREAS, in light of the above, the Parties now respectfully submit their Renewed Stipulation and Proposed Order of Voluntary Dismissal of this Action without prejudice, with each party to bear their own costs and fees;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to Court approval, as follows:

1. This Action is dismissed in its entirety without prejudice.
2. Each party shall bear their own costs, fees, and expenses, including attorneys' fees.

**IT IS SO STIPULATED this 22nd day of January, 2020.**

| | |
|---|---|
| WRIGHT SCHIMMEL LLC | SCHARNHORST AST KENNARD GRIFFIN PC |
| *s/ Charles T. Schimmel* | *s/ Brent N. Coverdale* |
| Charles T. Schimmel (KS #18357)<br>W. Gregory Wright (KS #18352)<br>6900 College Boulevard, #285<br>Overland Park, KS 66211<br>Telephone: (913) 534-8534<br>Facsimile: (913) 534-8536<br>chuck@wrightschimmel.com<br>greg@wrightschimmel.com | Brent N. Coverdale (KS #18798)<br>1100 Walnut, Suite 1950<br>Kansas City, MO 64106<br>Telephone: (816) 268-9400<br>Facsimile: (816) 268-9409<br>bcoverdale@sakg.com |
| *Local Counsel for Plaintiff* | *Local Counsel for Defendants* |
| ROBBINS ARROYO LLP<br>Brian J. Robbins<br>George C. Aguilar<br>Steven M. McKany<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>brobbins@robbinsarroyo.com<br>gaguilar@robbinsarroyo.com<br>smkany@robbinsarroyo.com | LATHAM & WATKINS LLP<br>Jamie L. Wine (NY #4529251)<br>Thomas J. Giblin (NY #4801320)<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>jamie.wine@lw.com<br>thomas.giblin@lw.com |
| *Of Counsel for Plaintiff* | J. Christian Word (DC #461346)<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>christian.word@lw.com |
| | *Of Counsel for Defendants* |

The above stipulation having been considered, and good cause appearing, IT IS SO ORDERED.

Dated: January 22, 2020                         s/ John W. Lungstrum
                                                                HONORABLE JOHN W. LUNGSTRUM
                                                                UNITED STATES DISTRICT COURT